**Opinion issued April 2, 2024**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-24-00222-CR

————————————

## IN RE JUAN REYES, JR., Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator Juan Reyes, Jr. has filed a petition for writ of mandamus requesting this Court to order the trial court to rule on a motion.[1]

We **deny** the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a). We dismiss any pending motions as moot.

---

[1] The underlying case is *State of Texas v. Juan Reyes, Jr.*, cause number 1503376, pending in the 184th District Court of Harris County, Texas, the Honorable Katherine N. Thomas presiding.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Guerra and Farris.

Do not publish. *See* TEX. R. APP. P. 47.2(b).